Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Amy B. Robertson** | Case No. 16−20322−GLT |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 63 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 6/16/21 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

  *AND NOW,* this *The 29th of March, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 63 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1) *On or before May 13, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on *June 16, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

                   */s/ Gregory L. Taddonio*
                    Gregory L. Taddonio, Judge
                    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20322-GLT |
| Amy B. Robertson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Mar 29, 2021 | Form ID: 604 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy B. Robertson, 324 Meadow Ave., Pittsburgh, PA 15235-2431 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14172615 | + | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14244409 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14172619 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14203581 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14172620 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14209176 | + | Univ of Pittsburgh Physicians, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14242470 | + | WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014, 3476 STATEVIEW BOULEVARD, FORT MILL,SC 29715-7203 |
| 14172621 | + | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac # X 2302-04e Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14172611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:34:00 | Cb/talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14172612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:29:38 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14172613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2021 04:34:00 | Comenity Bank/Giant Eagle, Po Box 182125, Columbus, OH 43218-2125 |
| 14172614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:06:38 | Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 14243433 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 04:35:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14244201 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 30 2021 04:37:13 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15046187 | | Email/Text: camanagement@mtb.com | Mar 30 2021 04:34:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14238769 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14241367 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14172616 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14172617 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 04:34:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14243901 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 16-20322-GLT    Doc 65    Filed 03/31/21    Entered 04/01/21 00:46:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: 604 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Mar 30 2021 03:29:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14186100 | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 04:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14188052 | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 30 2021 04:34:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14172618 | + Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 30 2021 04:34:00 | State Farm Fncl Svcs F, State Farm Bank/ Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702-2328 |
| 14228978 | + Email/Text: bncmail@w-legal.com | Mar 30 2021 04:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | M & T Bank |
| cr | | Wells Fargo Bank, N.A. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew M. Brennan | on behalf of Debtor Amy B. Robertson attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

District/off: 0315-2      User: jhel      Page 3 of 3
Date Rcvd: Mar 29, 2021      Form ID: 604      Total Noticed: 26
TOTAL: 6