**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/20/21 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    AMY B. ROBERTSON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-20322

Chapter 13
Related to Dkt. No. 63

**ORDER OF COURT**

AND NOW, this  20th  day of  May 2021,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    **jah**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 16-20322-GLT

Amy B. Robertson                                                                    Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy B. Robertson, 324 Meadow Ave., Pittsburgh, PA 15235-2431 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14172615 | + | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14244409 | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14172619 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14203581 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14172620 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14209176 | + | Univ of Pittsburgh Physicians, 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 14242470 | + | WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014, 3476 STATEVIEW BOULEVARD, FORT MILL,SC 29715-7203 |
| 14172621 | + | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac # X 2302-04e Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14172611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 02:24:00 | Cb/talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14172612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:05:48 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14172613 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 02:24:00 | Comenity Bank/Giant Eagle, Po Box 182125, Columbus, OH 43218-2125 |
| 14172614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:05:46 | Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 14243433 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 02:24:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14244201 | + | Email/Text: kburkley@bernsteinlaw.com | May 21 2021 02:25:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14188052 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 21 2021 02:24:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14172618 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 21 2021 02:24:00 | State Farm Fncl Svcs F, State Farm Bank/ Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702 |
| 15046187 | | Email/Text: camanagement@mtb.com | May 21 2021 02:24:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14238769 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2021 02:24:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 14241367 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2021 02:24:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |

District/off: 0315-2 | User: dkam | Page 2 of 3
Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 26

| 14172616 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 21 2021 02:24:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14172617 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 21 2021 02:24:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14243901 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 21 2021 02:05:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14186100 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 21 2021 02:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14228978 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 21 2021 02:25:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | M & T Bank |
| cr | | Wells Fargo Bank, N.A. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M & T Bank bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor M & T Bank mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew M. Brennan | on behalf of Debtor Amy B. Robertson attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8